# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 5:12-MJ-00463 |
| Ramon Moreno | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _____, IT IS ORDERED that a detention hearing is set for 12/14/2012 , _____, at 1:30  ☐ a.m. / ☒ p.m. before the Honorable SHERI PYM _____, in Courtroom 4- 3rd Floor .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 12-12-12

**SHERI PYM**
~~U.S. District Judge~~/Magistrate Judge